IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WENTRAVIOUS HILL, | * |
| Plaintiff, | * |
| v. | Case No: 3:25-cv-000110-TES |
| | * |
| NICKOLAS GABRIEL, et al, | |
| | * |
| Defendants. | |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated July 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of July, 2025.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk